NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3332

ALVIN M. BLANTON,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

John M. Poti, Law Office of John M. Poti, of Prattville, Alabama, argued for petitioner.

Calvin M. Morrow, Attorney, Office of the General Counsel, Merit Systems Protection Board, of Washington, DC, argued for respondent.  With him on the brief were B. Chad Bungard, General Counsel, and Jeffrey A. Gauger, Attorney.

Appealed from:  Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3332

ALVIN M. BLANTON,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

# Judgment

ON APPEAL from the Merit Systems Protection Board

in CASE NO AT0752080052-I-1.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (BRYSON, CLEVENGER, and LINN, <u>Circuit Judges</u>.)

AFFIRMED. <u>See</u> Fed. Cir. R.36

ENTERED BY ORDER OF THE COURT

DATED: <u>April 10, 2009</u>         <u>/s/ Jan Horbaly</u>
                        Jan Horbaly, Clerk